IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUIS SINIBALDI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:22-CV-21-KFP |
| | ) |
| UR JADDOU, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendants' Unopposed Motion to Dismiss Plaintiffs' Complaint Under Federal Rule of Civil Procedure 12(b)(1) (Doc. 27), it is ORDERED that the motion is GRANTED and that Plaintiffs' Complaint is dismissed as moot.

The Clerk is DIRECTED to close this case.

DONE this 25th day of May, 2022.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE